**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Ruben Torres Maldonado
                Plaintiff,

v.                                 Case No.: 1:25−cv−12762
                                               Honorable Jeremy C. Daniel

Samuel Olson
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 23, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. The government asked to file a written response to the petition and indicated that it could file its briefs by the end of the day. Therefore, the government's response is due October 23, 2025. The Court will rule by mail. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.